88 A.3d 969

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Albert JABBAR, Petitioner.**

Supreme Court of Pennsylvania.

April 2, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 2nd day of April, 2014, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's sentencing claim, insofar as it challenges the application of 42 Pa.C.S.A. § 9712.1's requirements of "actual or constructive possession or control" and "close proximity." Further, the Superior Court's decision affirming the imposition of a sentence of a mandatory minimum sentence under Section 9712.1

is **VACATED,** and the matter is **REMANDED** to the Superior Court for further proceedings in light of *Commonwealth v. Hanson,* 82 A.3d 1023 (Pa.2013). In all other respects, the Petition for Allowance of Appeal is **DENIED.**

Jurisdiction relinquished.